# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ABDULLA MUKHTAR SHAIBI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Case No. 1:26-cv-5455-JLT-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 6)

On September 16, 2026, Plaintiff filed a "Notice for Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed with prejudice. (Doc. 6). Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Erin Sue Castillo

UNITED STATES MAGISTRATE JUDGE